JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ORIENTHAL DELEANOR LIGGINS, ) | No. ED CV 09-00339-FMC (VBK) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, et al., ) | |
| ) | |
| Respondents. ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: October 20, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE